

**ORDERED in the Southern District of Florida on November 16, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Case No. 11-35231-BKC-RAM |
| HOWARD JONATHAN KAPLAN, | Chapter 7 |
| Debtor. | |
| BLUEBONNET FLOWERS, LTD., | |
| Plaintiff, | |
| vs. | Adv. No. 12-01372-BKC-RAM-A |
| HOWARD JONATHAN KAPLAN, | |
| Defendant. | |

**ORDER DENYING (1) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (2) DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, (3) PLAINTIFF'S MOTION TO STRIKE, AND (4) DEFENDANT'S MOTION TO DISMISS**

The Court conducted a hearing on November 15, 2012 on Bluebonnet Flowers, Ltd.'s Motion

for Summary Judgment ("Plaintiff's Motion for Summary Judgment") [DE #43] and Defendant's Motion to Dismiss Case ("Defendant's Motion to Dismiss") [DE #38]. Although not set for hearing, the Court also considered the Defendant/Debtor's Motion for Summary Judgment and Attorney Fees ("Defendant's Motion for Summary Judgment") [DE #55] and Bluebonnet Flowers, Ltd.'s Objection to and Motion to Strike Kaplan Affidavit and Email Exhibits ("Plaintiff's Motion to Strike") [DE #58] at the November 15th hearing. For the reasons stated on the record at the hearing, which are incorporated here by reference, it is –

**ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is denied.

2. Defendant's Motion to Dismiss is denied.

3. Defendant's Motion for Summary Judgment is denied.

4. Plaintiff's Motion to Strike is denied as moot.

5. The Defendant shall file an answer to the Amended Complaint by November 29, 2012.

###

Copies Furnished To:

Geoffrey S. Aaronson, Esq.

Kevin C. Kaplan, Esq.